SYLVESTER, et al., Respondents, v. JACOBY, Appellant.

(Common Pleas of New York City and County, General Term.    March 8, 1894.)

Appeal from special term.

Action by Lewis Sylvester and another against Solomon M. Jacoby.

Argued before DALY, C. J., and PRYOR and GIEGERICH, JJ.

Wm. Armstrong, for appellant.

Nichols & Baear, for respondents.

No opinion.    Appeal dismissed for nonservice of printed papers, with $10 cost and disbursement, to abide the event of the action.

---

LASSITER, Respondent, v. HOES, Appellant.

(Superior Court of New York City, General Term.    February 5, 1894.)

Action by Richard J. Lassiter against Edith Hyde Hoes.

Argued before SEDGWICK, C. J., and GILDERSLEEVE and DUGRO, JJ.

Calvin D. Van Name, for appellant.

William R. Wilder, for respondent.

No opinion.    Order affirmed, with $10 costs.

---

BENNETT, Appellant, v. HART, Respondent.

(Common Pleas of New York City and County, General Term.    March 9, 1894.)

Appeal from trial term.

Action by Eli Bennett against Barbara Hart.

Argued before DALY, C. J., and BISCHOFF and GIEGERICH, JJ.

Roe & Macklin, for appellant.

E. Hall, for respondent.

No opinion.    Judgment affirmed, with costs.

---

HOSFORD, Respondent, v. SEDDON, Appellant.

(Common Pleas of New York City and County, General Term.    March 9, 1894.)

Appeal from special term.

Action by Henry Hosford against Charles A. Seddon.

Argued before DALY, C. J., and BISCHOFF and GIEGERICH, JJ.

C. D. Evans, for appellant.

H. P. Starbuck, for respondent.

No opinion.    Order reversed, with costs.

---

PEOPLE ex rel. BRADY, Appellant, v. MARTIN et al., Respondents.

(Common Pleas of New York City and County, General Term.    March 9, 1894.)

Appeal from special term.

Application by Michael Brady for a writ of mandamus to James J. Martin and another, commissioners, etc.